```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 14540
   THOMAS D MUNYON
   DAWN M MUNYON                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-9282    SSN XXX-XX-9243

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 08/12/2007 and was not confirmed.

     The case was dismissed without confirmation 11/07/2007.
------------------------------------------------------------------------
CREDITOR NAME           CLASS            CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                         PAID        PAID
------------------------------------------------------------------------
CAPITAL ONE             UNSECURED           903.36        .00         .00
HSBC BANK USA           CURRENT MORTG         .00         .00         .00
HSBC BANK USA           MORTGAGE ARRE         .00         .00         .00
GMAC                    SECURED NOT I         .00         .00         .00
COMMONWEALTH EDISON     UNSECURED          1775.07        .00         .00
CAPITAL ONE             UNSECURED          1071.47        .00         .00
CAPITAL ONE             UNSECURED          1001.74        .00         .00
HSBC BANK USA           NOTICE ONLY     NOT FILED         .00         .00
RJM ACQUISITIONS        UNSECURED            85.43        .00         .00
PREMIER BANCARD CHARTER UNSECURED           301.86        .00         .00
MIDLAND CREDIT MANAGEMEN UNSECURED          579.99        .00         .00
NICOR GAS               UNSECURED       NOT FILED         .00         .00
AT & T BANKRUPCTY       UNSECURED       NOT FILED         .00         .00
DUANE BANAS             NOTICE ONLY     NOT FILED         .00         .00
ECAST SETTLEMENT CORP   UNSECURED           571.38        .00         .00
ECAST SETTLEMENT CORP   UNSECURED           584.01        .00         .00
ROUNDUP FUNDING LLC     UNSECURED          1545.52        .00         .00
FINGERHUT CORP          UNSECURED           442.05        .00         .00
PEOPLES GAS LIGHT & COKE UNSECURED          541.56        .00         .00
PORTFOLIO RECOVERY ASSOC UNSECURED          483.89        .00         .00
ROBERT V SCHALLER ^     DEBTOR ATTY       2,777.00                    .00
TOM VAUGHN              TRUSTEE                                       .00
DEBTOR REFUND           REFUND                                        .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                                  .00
TRUSTEE COMPENSATION                            .00

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 14540 THOMAS D MUNYON & DAWN M MUNYON
```

```
DEBTOR REFUND                                                                  .00
                                        ---------------       ---------------
TOTALS                                              .00                   .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
     Dated: 02/27/08                    _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE